*Seibel, J.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GEORGE L. RIOSECO, EVA RIOSECO : Case No. 09 Civ. 9396 (CS)
and NILDA CRUZ, :
: ECF Case
Plaintiffs, :
: Honorable Cathy Seibel
vs. :
:
GAMCO ASSET MANAGEMENT, INC., :
:
Defendant. :
:
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, in light of the related FINRA arbitration between Plaintiff George L. Rioseco and entities and persons related to Defendant GAMCO Asset Management, Inc. ("GAMCO"), that the time of GAMCO to answer, move or otherwise respond with respect to the Complaint is extended to a time to be set in consultation with the Court at the pretrial conference currently scheduled for March 12, 2010, it being expected that the arbitration will have been completed by then.

Dated: January 6, 2010

LOWEY DANNENBERG COHEN
& HART, P.C.

By: _____
Peter D. St. Phillip, Jr. (PS-0726)
Thomas M. Skelton (TS-7908)
White Plains Plaza
One North Broadway, Suite 509
White Plains, NY 10601
Tel: 914-997-0500
Fax: 914-997-0035

Attorneys for Plaintiffs George L. Rioseco,
Eva Rioseco and Nilda Cruz

KAPLAN FOX & KILSHEIMER LLP

By: _____
Charles J. Moxley, Jr. (CM-9781)
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: 212-687-1980
Fax: 212-687-7714

Attorneys for Defendant
GAMCO Asset Management, Inc.

{2270 / STIP / 00099510.DOC v1}

SO ORDERED:

DATED: 1/8/10

_____
Hon. Cathy Seibel, U.S.D.J



Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

January 7, 2010

FILED VIA ECF

Hon. Cathy Seibel
United States District Judge
Federal Building and United States
 Courthouse
300 Quarropas Street, Room 218
White Plains, NY 10601-4150

>   Re:   George L. Rioseco, Eva Rioseco and Nilda Cruz v. GAMCO
>   Asset Management, Inc., Case No. 09 Civ. 9396

Dear Judge Seibel,

Transmitted herewith please find the Parties' Stipulation extending the time of defendant GAMCO Asset Management, Inc. to respond to the complaint in the above matter to a date to be established at the conference scheduled with Your Honor on March 12, 2010.

The reason for this extension is that there is a parallel FINRA arbitration involving many of the same issues. The arbitration is scheduled to be tried between February 16, 2010 and February 24, 2010. The Parties believe it will be efficient for all concerned to defer this matter until we see the outcome of the arbitration.

Thank you.

Respectfully Yours,

Charles J. Moxley, Jr.

CJM:sm
Enclosure

cc:   Peter D. St. Phillip, Esq.
      Lowey Dannenberg Cohen
       & Hart, P.C.
      Attorneys for Plaintiffs George L. Rioseco,
       Eva Rioseco and Nilda Cruz

bcc:   Christopher J. Michailoff, Esq.