IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
GEORGE L. RIOSECO, EVA RIOSECO                               :    Honorable Cathy Seibel
and NILDA CRUZ, individually and on behalf                   :
of a class of similarly situated individuals and             :    Case No. 7:09-cv-9396
entities,                                                    :
                Plaintiffs,                                  :    **ECF Case**
                                                             :
          vs.                                                :
                                                             :
GAMCO ASSET MANAGEMENT, INC.,                                :
                                                             :
                Defendant.                                   :
------------------------------------------------------------ x

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, GEORGE RIOSECO, EVA RIOSECO and NILDA CRUZ, hereby voluntarily dismiss this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: May 3, 2010                          LOWEY DANNENBERG COHEN & HART, P.C.

                                      By:   _____
                                            Peter D. St. Phillip, Jr. (PS-0726)
                                            Thomas M. Skelton (TS-7908)
                                            White Plains Plaza
                                            One North Broadway, Suite 509
                                            White Plains, New York 10601
                                            Telephone: (914) 997-0500
                                            Facsimile: (914) 997-0035

                                            *Attorneys for Plaintiffs, George L. Rioseco, Eva Rioseco and Nilda Cruz*