

# THE SACK LAW FIRM
PLLC

2975 Westchester Avenue
Suite 415
Purchase, NY 10577
Tel. (914) 701-0806
Fax (914) 701-0808
www.sacklawfirm.com

*WRITER'S DIRECT E-MAIL:*
jsack@sacklawfirm.com

**MEMO ENDORSED**

*WALL STREET OFFICE:*
40 Exchange Place
Suite 1800
New York, NY 10007
(212) 514-5166

May 4, 2010

By Fax Only (914-390-4278)
Hon. Cathy Seibel
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

Re: George L. Rioseco, et al v. GAMCO Asset Management, Inc.
No. 09 civ. 9396 (CS)

*Application denied. Under FRCP 41(a)(1)(A)(i), Plaintiffs may voluntarily dismiss without Court approval.*

**SO ORDERED:**
Cathy Seibel, U.S.D.J.
Dated: 5/5/10

Dear Judge Seibel:

Yesterday, plaintiffs' counsel sent a letter to the Court indicating that plaintiffs had filed a notice of voluntary dismissal, citing "considerable question regarding the Court's subject matter jurisdiction over this action." Based on our conversations with plaintiffs' counsel, this refers to the IAA claim. Plaintiffs' counsel has further informed us that plaintiffs plan to re-file all other remaining claims in state court. Therefore, although plaintiffs' counsel also stated in his letter to the Court that he believes that the filing of the notice of voluntary dismissal "moots the conference currently scheduled for May 6, 2010," we respectfully request that the conference go forward.

During the past 17 months of this dispute, one or all of the plaintiffs have filed an arbitration claim and an amended arbitration claim, attempted to file a second amended arbitration claim, filed a federal complaint, and – after losing the arbitration claim – just a few weeks ago even filed an amended federal complaint to add a class component. If plaintiffs are permitted to alter their strategy yet again by moving to state court, after we already requested and the Court granted a conference on our motion to dismiss, defendant will be subjected to great unfairness and inconvenience. As such, we respectfully request that the Court exercise its discretion, retain supplemental jurisdiction, and decide our motion to dismiss regarding the remaining claims.

As the Court is aware, the "traditional 'values of judicial economy, convenience, fairness, and comity'" are to be applied in deciding whether to exercise supplemental jurisdiction. *Kolari v. N.Y.-Presbyterian Hosp.*, 455 F.3d 118, 122 (2d Cir. 2006) (quoting *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n.7 (1988)). Especially applicable under the present circumstances, "[i]f the plaintiff has attempted to manipulate the forum, the court should take this behavior into account in determining whether the balance of factors to be considered under the pendant jurisdiction doctrine support a remand in the case." *Cohill* at 357.

Thank you for your consideration. We stand ready to appear for the previously scheduled conference on Thursday at 10:30 a.m.

Respectfully submitted,

Joseph A. Sack

Cc: <u>By Fax Only</u>
Peter D. St. Phillip, Jr., Esq.
Charles J. Moxley, Jr., Esq.

2

# TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
## ATTORNEYS AND COUNSELLORS AT LAW

STEVEN L. TARSHIS, L.L.M. Taxation
JOSEPH A. CATANIA, JR.
RICHARD F. LIBERTH
RICHARD M. MAHON, II (DC)
STEVEN I. MILLIGRAM
MICHELLE F. RIDER, CPA (FL)
RHETT D. WEIRES
PAUL S. ERNENWEIN
HOBART J. SIMPSON
JULIA GOINGS-PERROT

SPECIAL COUNSEL
JAY F. JASON (MA)
JOSEPH G. MCKAY

(ALSO ADMITTED IN)

ONE CORWIN COURT
POST OFFICE BOX 1479
NEWBURGH, NEW YORK 12550
(845) 565-1100
1-800-344-5655
FAX (845) 565-1999
(FAX SERVICE NOT ACCEPTED)

100 RED SCHOOLHOUSE ROAD, SUITE C-12
CHESTNUT RIDGE, NEW YORK 10977
TEL (845) 426-7799   FAX (845) 426-5541
(MAIL AND FAX SERVICE NOT ACCEPTED)

E-MAIL tclmm@tclmm.com
www.TCLMM.com

MARK L. SCHUH
NICHOLAS A. PASCALE
DANIEL F. SULLIVAN
MICHAEL E. CATANIA (NJ, CT, MA, NC)
ARYEH LAZARUS (NJ)
SALLY S. BENVIE
HOLLY L. REINHARDT (NJ)
REBECCA BALDWIN MANTELLO (CT)

(ALSO ADMITTED IN)

**WRITER'S DIRECT NO.**
(845) 569-4394

**FACSIMILE**

**WRITER'S E-MAIL**
jmckay@tclmm.com

| | | | |
|---|---|---|---|
| **To:** | Hon. Cathy Seibel | **Fax #:** | 914-390-4278 |
| **Cc:** | Feldman Law Group, P.C. | **Fax #:** | 212-532-8598 |
| **From:** | Joseph G. McKay | **Pages** (including this cover sheet): | 3 |
| **Date:** | May 4, 2010 | **File #:** | 08349-58639 |
| **Re:** | Goody, Inc, FMC Holding Corp Adv Mastercraft Industries, Inc & Howard Civil Action No. 09 Civ. 8914 | | |

If problems of clarity or transmission arise, please call **Laura Forman** at 845-565-1100, **Ext. 294.**

*The information in this facsimile message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.*

*Pursuant to IRS Regulations, any tax advice contained in this communication or attachments is not intended to be used and cannot be used for purposes of avoiding penalties imposed by the Internal Revenue Code or promoting, marketing or recommending to another person any tax related matter.*

*Thank you.*

JGM/lmf/552368